UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CORY KRAUS,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>KAR AUCTION SERVICES, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:14-cv-00717-JCM-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered May 7, 2014, regarding removal of this case to federal district court. On May 22, 2014, Defendant filed a signed Statement (Dkt. #5) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., August 8, 2014,** which must:

1.  Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2.  Include a statement by counsel of action required to be taken by this court.
3.  Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 25th day of July, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1